# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Christopher N. Tomlin
Tel: 856.673.3840
Fax: 856.761.1020
tomlinc@ballardspahr.com

September 14, 2016

*By Electronic Filing*

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State Street
Trenton, NJ 08608

Re:  Avraham D. Schwarzmer v. Citibank, N.A., et al.
     Civil Action No. 3:16-cv-5169-FLW-LHG

Dear Judge Wolfson:

I represent defendants in the above-referenced matter.

I am writing to request an extension of the time within which defendants must answer, move, or otherwise respond to the Complaint, up to and including October 14, 2016. Defendants require this extension in order to fully investigate plaintiff's allegations, and prepare their response thereto. Plaintiff's counsel has graciously consented to this request being granted.

Enclosed with this letter is a proposed consent order, signed by respective counsel for the parties, memorializing the requested extension to October 14th. Assuming it meets with Your Honor's approval, I ask that you sign where indicated and arrange for its entry on the docket.

Thank you for your consideration of this request.

Respectfully,

Christopher N. Tomlin

CNT/jam
Enclosure

  cc:  Edward B. Geller, Esq. (w/enclosure, By Electronic Filing)

DMEAST #27048621 v1

A PA Limited Liability Partnership | John B. Kearney, Managing Partner

Atlanta | Baltimore | Bethesda | Delaware | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix
Salt Lake City | San Diego | Washington, DC | www.ballardspahr.com