UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------X

AVRAHAM D. SCHWARZMER,

          Plaintiff,

       -against-

CITIBANK and BEST BUY CREDIT SERVICES,

          Defendant.

-----------------------------------------------------X

Case No. 3:16-cv-05169

ORDER TO STAY ACTION

PENDING ARBITRATION

WHEREAS Plaintiff Avraham D. Schwarzmer commenced this action on August 25, 2016, and Defendants Citibank and Best Buy Credit Services brought a motion to stay this action and compel arbitration;

and WHEREAS Plaintiff has not opposed Defendants' motion to stay this action and compel arbitration;

IT IS HEREBY ORDERED that this action be stayed pending the hearing and determination of said action in binding, individual arbitration, pursuant to the parties' contract. Dkt. No. 10 is GRANTED.

Dated: May 1, 2017

So Ordered by: _____Freda L. Wolfson_____
Hon. Freda L. Wolfson, U.S.D.J.
5/4/2017